United States District Court
Southern District of Texas
**ENTERED**
September 16, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JOSE VILLEGAS, *et al.*,<br>Plaintiffs, | §<br>§<br>§ | |
| VS. | § | CIVIL ACTION NO. 4:25-CV-01644 |
| STATE FARM LLOYDS,<br>Defendant. | §<br>§<br>§ | |

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

On May 5, 2026, all pretrial matters in this case were referred to United States Magistrate Judge Dena Hanocive Palermo 28 U.S.C. § 636(b)(1). (Dkt. 16). Judge Palermo filed a *Report and Recommendation* on August 27, 2026, recommending that Defendant's Motion for Summary Judgment (Dkt. 14) be granted. (Dkt. 23).

On September 9, 2026, Plaintiffs filed their objections. (Dkt. 24). In accordance with 28 U.S.C. § 636(b)(1)(C), this Court is required to "make a *de novo* determination of those portions of the [magistrate judge's] report or specified proposed findings or recommendations to which objection [has been] made." After conducting this *de novo* review, the Court may "accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." *Id.*; *see also* FED. R. CIV. P. 72(b)(3).

The Court has carefully considered the objections, the *Report and Recommendation*, the pleadings, and the record. Plaintiffs' objections (Dkt. 24) are **OVERRULED**. The

Court **ACCEPTS** Judge Palermo's *Report and Recommendation* and **ADOPTS** it as the opinion of the Court. It is therefore **ORDERED** that:

(1) Judge Palermo's *Report and Recommendation* (Dkt. 23) is **APPROVED AND ADOPTED** in its entirety as the holding of the Court;

(2) Defendant's Motion for Summary Judgment (Dkt. 14) is **GRANTED**.

(3) Plaintiffs' claims are **DISMISSED WITH PREJUDICE**.

It is so **ORDERED**. This is a final judgment.

SIGNED at Houston, Texas on September 16, 2026.

George C. Hanks Jr

GEORGE C. HANKS, JR.
UNITED STATES DISTRICT JUDGE